

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2014

No. 04-14-00372-CR

Andres Ramon **JUAREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0936B
Honorable Mary D. Roman, Judge Presiding

## O R D E R

After allowing appellant's attorney to withdraw, we abated this appeal to the trial court to determine if appellant is indigent, and if so, to appoint appellant counsel for this appeal if appellant wished to prosecute his appeal. The trial court conducted a hearing, and a supplemental clerk's record and reporter's record were subsequently filed. The trial court found appellant to be indigent and appointed an attorney to represent appellant. Mr. Richard B. Dulany, Jr. has filed a notice of appearance as appellant's appointed appellate counsel.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. It is further ORDERED that Mr. Dulany file appellant's brief by November 14, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court